UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 17-1828 (DSD/DTS)

DEAN ANGRIMSON,

    Plaintiff,

v.           <u>ORDER</u>

STATE OF MINNESOTA,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 12, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff Dean Angrimson's application to proceed *in forma pauperis* [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2017

                                                s/David S. Doty
                                                DAVID S. DOTY, Judge
                                                United States District Court